

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    White Lion Holdings, v. The State of Texas

Appellate case number:    01-14-00104-CV

Trial court case number:    D-1-GV-13-001068

Trial court:    98th District Court of Travis County

The motion to withdraw filed by Mary W. Koks and the law firm of Munsch, Hardt, Kopf & Harr, P.C. is **GRANTED**. *See* TEX. R. APP. P. 6.5.

It is so ORDERED.


Judge's signature: ___/s/_ Harvey Brown
                    X Acting individually

Date:  December 16, 2016